# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CATHERINE BROOKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 2:10-CV-2099-VEH |
| | ) | |
| **THE STATE OF ALABAMA** | ) | |
| **DEPARTMENT OF HUMAN** | ) | |
| **RESOURCES; DIRECTOR NANCY T.** | ) | |
| **BUCKNER, in her official and personal** | ) | |
| **capacity; JEFFERSON COUNTY** | ) | |
| **DEPARTMENT OF HUMAN** | ) | |
| **RESOURCES; DIRECTOR AMANDA** | ) | |
| **RICE, in her official and personal** | ) | |
| **capacity; CATHERINE DENARD, in her** | ) | |
| **official and personal capacity; ANGELA** | ) | |
| **LACY McCLINTOCK, in her official and** | ) | |
| **personal capacity; and PATRICIA** | ) | |
| **MUSCOLINO, in her official and** | ) | |
| **personal capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OF OPINION

On June 9, 2011, the magistrate judge's Findings and Recommendation was filed. No objections have been filed by either plaintiff of defendants pursuant to Rule 72(b) of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's report is due to be and is

hereby **ADOPTED** and his recommendation is **ACCEPTED**.  Accordingly, Moving Defendants' motion to dismiss certain claims in the original Complaint (Doc. 10) is due to be deemed **MOOT**.  Moving Defendants' motion to dismiss certain claims in the Amended Complaint (Doc. 15) is due to be **GRANTED**.  A separate order will be entered.

    **DONE** and **ORDERED** this the 14th day of July, 2011.

                                            **VIRGINIA EMERSON HOPKINS**
                                            United States District Judge